UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

In Re: Colgate-Palmolive Softsoap
Antibacterial Hand Soap Marketing
and Sales Practices Litigation

                                                           Civil No. 12-md-2320-PB
                                                           12-cv-2326-PB

O R D E R

By notice dated March 15, 2012, Attorneys **David A. Nelson** and **Stephen A. Swedlow** were instructed to register for Electronic Case Filing (ECF) within thirty (30) days. To date, attorneys **David A. Nelson** and **Stephen A. Swedlow** have not registered as instructed.

The above attorneys shall register for ECF on or before May 21, 2012. Failure to register by that date shall result in attorneys **David A. Nelson** and **Stephen A. Swedlow** being removed as counsel of record.

SO ORDERED.

May 7, 2012                                             */s/ Paul Barbadoro*
                                                      Paul Barbadoro
                                                      United States District Judge

cc:    **David A. Nelson, Esq.**
        **Stephen A. Swedlow, Esq.**
        All Counsel of Record