UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>In Re: Colgate-Palmolive Softsoap
Antibacterial Hand Soap Marketing
and Sales Practices Litigation</u>

                                                       Civil No. 12-md-2320-PB
                                                       12-cv-2326-PB

<u>O R D E R</u>

By notice dated March 15, 2012, Attorneys **David A. Nelson** and **Stephen A. Swedlow** were instructed to register for Electronic Case Filing (ECF) within thirty (30) days. To date, attorneys **David A. Nelson** and **Stephen A. Swedlow** have not registered as instructed.

The above attorneys shall register for ECF on or before May 21, 2012. Failure to register by that date shall result in attorneys **David A. Nelson** and **Stephen A. Swedlow** being removed as counsel of record.

SO ORDERED.


May 7, 2012                                              */s/ Paul Barbadoro*
                                                                    Paul Barbadoro
                                                                    United States District Judge


cc:     **David A. Nelson, Esq.**
           **Stephen A. Swedlow, Esq.**
           All Counsel of Record